UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    HERMAN G DAVIS  
    TERESA D DAVIS  
        Debtors

Case No. 07-21919

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 11/21/2007.

    2) The plan was confirmed on 02/13/2008.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/17/2008.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/16/2008, 02/25/2009.

    5) The case was dismissed on 05/01/2009.

    6) Number of months from filing to last payment: 16.

    7) Number of months case was pending: 20.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: $ 2,800.00.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,920.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,920.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,205.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $273.15 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,478.15** |

Attorney fees paid and disclosed by debtor:     $295.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN COLLECTION | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 1,392.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 254.00 | 238.73 | 238.73 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 143.17 | 143.17 | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERV | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERV | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERV | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 943.00 | 943.35 | 943.35 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 198.00 | 198.61 | 198.61 | 0.00 | 0.00 |
| COLLECTION CO OF AMERICA | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 437.24 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 4,315.85 | 3,966.08 | 3,966.08 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR PROTECTION ASSOC | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SVC | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Secured | 1,175.00 | 1,175.00 | 1,175.00 | 1,175.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Unsecured | NA | 42.95 | 42.95 | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 236.00 | 253.12 | 253.12 | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,071.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 984.72 | 720.38 | 720.38 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 205.68 | 699.49 | 699.49 | 266.85 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 13,000.00 | 32,162.26 | 32,162.26 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 12,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,195.00 | 1,130.82 | 1,130.82 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MED BUSINESS BUREAU | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 5,442.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 344.00 | 343.70 | 343.70 | 0.00 | 0.00 |
| MODERN MUSIC | Unsecured | 1,206.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 2,468.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 707.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,522.00 | 2,522.13 | 2,522.13 | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| PARK DANSAN | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 94.00 | 107.51 | 107.51 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 712.00 | 712.71 | 712.71 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 320.85 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 401.10 | 401.10 | 0.00 | 0.00 |
| STATE COLLECTION SRV | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| USAA INSURANCE COMPANY | Unsecured | 3,257.32 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,175.00 | $1,175.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,175.00** | **$1,175.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $699.49 | $266.85 | $0.00 |
| **TOTAL PRIORITY:** | **$699.49** | **$266.85** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,886.62** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,478.15 |
| Disbursements to Creditors | $1,441.85 |
| **TOTAL DISBURSEMENTS:** | **$4,920.00** |

UST Form 101-13-FR-S (4/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/22/2009    By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**